IN THE UNITED STATES DISTRICT COURT
TH MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| LEISURE KRAFT PONTUNES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:05-0107 |
| | ) | JUDGE HAYNES |
| MOELLER MARINE PRODUCTS, INC., | ) | |
| THE MOORE COMPANY, | ) | |
| BENTLEY INDUSTRIES, LLC, | ) | |
| JEFF MILLER and MAX M. MINOR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion to remand (Docket Entry No. 7) is **GRANTED**. The Clerk shall return the file in this action to the Circuit Court of White County, Tennessee.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 9th day of January, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge